

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MELERIE VILLALOBOS,     §     No. 08-17-00184-CR

     Appellant,     §     Appeal from the

v.     §     County Criminal Court No. 2

THE STATE OF TEXAS,     §     of El Paso County, Texas

     State.     §     (TC# 20150C00038)

§

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 14, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 14, 2018.

IT IS SO ORDERED this 12th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.